IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| STEPHEN HEATH BARTLE, <br><br> Plaintiff, <br><br> vs. <br><br> LEROY KIRKEGARD, MIKE BATISTA, and STEPHEN REDFERN, <br><br> Defendants. | Case No.: CV 13-20-DWM-JTJ <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The parties having filed a Stipulation For Dismissal With Prejudice pursuant to Rule 41(a), indicating this matter has been settled,

IT IS HEREBY ORDERED THAT:

This matter is DISMISSED WITH PREJUDICE. Defendants are responsible for payment of Plaintiff's filing fee. All pending motions are MOOT, and all pending deadlines are VACATED. The Clerk of Court is directed to terminate all pending proceedings herein and close this case.

DATED this 10th day of February, 2015.

/s/ John Johnston
John Johnston
United States Magistrate Judge